UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD H. HUGGLER,<br><br>               Plaintiff,<br><br>vs.<br><br>ADAM GANE and NICHOLAS MONACO,<br><br>               Defendants. | Case No. CV-19-39 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT ENTERED IN FAVOR OF DEFENDANTS GANE AND MONACO AGAINST PLAINTIFF HUGGLER.

Dated this 30th day of August, 2021.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
      A. Carrillo